**James D. TINSLEY, a/k/a James D. Tinsley, II, a/k/a Jimmy Tinsley, a/k/a Jimmy D. Tinsley, III, Plaintiff–Appellant,**

v.

**James SINGLETON, Sheriff, Oconee County; Greg Reed, Detective Oconee County; David Smith, Detective Oconee County; Steve Pruitt, Major, Oco-**

nee County Detention Center; Phyllis Lombard, Oconee County Administrator; Oconee County; John and Jane Does, 1–25; Scott Arnold, Investigator, OCSO; Jerry Moss, Sgt., OSCO; Mark Lyles, Sgt., OCSO; Mike McGowan, OSCO; Gentry Hawk, Sgt., OCSO, Defendants–Appellees.

No. 10–7309.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2011.

Decided: April 11, 2011.

James D. Tinsley, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Tinsley seeks to appeal the district court's order granting in part and denying in part his motion for reconsideration of the district court's order granting Defendants' summary judgment motion on his 42 U.S.C. § 1983 (2006) claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tinsley seeks to appeal is neither a final nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*